USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIMA GHARAVI,

                    Movant,

          -against-

TUMBLR, INC.,

                    Respondent.

1:25-mc-00048-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff brings this miscellaneous action *pro se*. [ECF No. 1]. He has not filed a request to proceed *in forma pauperis* ("IFP") or paid the fees to bring this action. Therefore, he has not properly commenced this action, and it is subject to dismissal.

However, in light of plaintiff's *pro se* status, on or before June 18, 2025, Plaintiff shall either (1) submit the filing fee and a letter filed on the docket notifying the Court of that the fee is paid or (2) submit a completed, signed, and certified IFP Application. If Plaintiff fails to timely do either of these two things, this action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Plaintiff may seek assistance from the Pro Se Intake Unit by calling 212-805-0175.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may**

result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or

preclusion of claims, defenses, arguments, or evidence.

**SO ORDERED.**

**Date:  May 19, 2025**
       **New York, NY**
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**